IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re | ) Chapter 13 |
| JASON MICHAEL STERLINO and MARICELA CALDERON, | ) Case No. 16-42781 |
| Debtor(s) | ) BANKRUPTCY JUDGE ROGER L EFREMSKY |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Synchrony Bank (Gap Visa® Card [Last four digit of account:1534]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Synchrony Bank
    c/o Recovery Management Systems Corporation
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
October 5, 2016

                                                  By: /s/ Ramesh Singh

                                                Ramesh Singh
                                                c/o Recovery Management Systems Corporation
                                                Financial Controller
                                                25 SE 2nd Avenue, Suite 1120
                                                Miami, FL 33131-1605
                                                (305) 379-7674

Assignee Creditor: Gap Visa® Card [Last four digit of account:1534]